JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR05-5826FDB |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER EXTENDING OPENING BRIEF DUE DATE |
| SAHNEEWA TRIMBLE, | ) ) | |
| Defendant. | ) ) ) | |

Upon stipulation of the parties to extend the time to file the opening brief, the Court finds that such a continuance would serve the ends of justice, therefore,

///

///

///

///

///

///

///

///

ORDER EXTENDING DUE DATE–1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710

1   IT IS HEREBY ORDERED the opening brief due date be extended until January 31,

2  2006, the government's response will be due February 14, 2006, and any reply by the

3  defendant due February 21, 2006.

4   DONE THIS 20th day of December, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

\

Presented By:

_____

Jerome Kuh

Attorney for Defendant


_____

Capt. Glen Templeton

Special Assistant United States Attorney

ORDER EXTENDING DUE DATE–2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**