JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-5826FDB |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER EXTENDING OPENING BRIEF DUE DATE |
| SAHNEEWA TRIMBLE, | ) ) | |
| Defendant. | ) ) | |

Upon stipulation of the parties to extend the time to file the opening brief, the Court finds that such a continuance would serve the ends of justice, therefore,

///

///

///

///

///

///

///

///

ORDER EXTENDING DUE DATE–1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**

IT IS HEREBY ORDERED the opening brief due date be extended until March 31, 2006, the government's response will be due April 14, 2006, and any reply by the defendant due April 21, 2006.

DONE THIS 24th day of January, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented By:

_____

Jerome Kuh

Attorney for Defendant

_____

Capt. Glen Templeton

Special Assistant United States Attorney

ORDER EXTENDING DUE DATE–2

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710